UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUDESINDO FERNANDEZ, aka<br>RUDESINDO R. FERNANDEZ, III, *et al*.,<br><br>　　　　Defendants. | 1:15-cv-00971-LJO-JLT<br><br>**ORDER RE PLAINTIFF'S DISMISSAL OF UNDERLYING STATE COURT ACTION CONSTRUED AS A REQUEST FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(A)(2); AND PERMITTING DEFENDANT AN OPPORTUNITY TO RESPOND. (Doc. 6)** |

　　　This action was removed from Kern County Superior Court on June 25, 2015 by Defendant District Director of the Internal Revenue Service of the United States of America ("Defendant"), the only defendant to make an appearance in this case as of the date of entry of this Order. Doc. 1. Defendant answered on July 1, 2015. Doc. 3. On August 13, 2015, Plaintiff filed a Notice indicating that she had voluntarily dismissed the underlying action in Kern County Superior Court as of July 2, 2015. Doc. 6. The Court will construe the August 13, 2015 filing as a request for voluntary dismissal of the above-captioned, removed action.

　　　Voluntary dismissal is automatic (*i.e*., does not require a court order) if notice is served prior to any opposing party serving an answer or motion for summary judgment, or if dismissal is pursuant to a stipulation signed by all parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(1)(A)

1

dismissal is not available here because Defendant filed his Answer on July 1, 2015. However, the Court may order dismissal at Plaintiff's request after the filing of an Answer "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Before entering an order of dismissal, however, the Court will permit Defendant an opportunity to be heard regarding the terms of dismissal. Accordingly, Defendant shall file any objection to dismissal of this action on or before August 19, 2015.

IT IS SO ORDERED.

Dated:   **August 14, 2015**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE