# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMMY MCLEAN,** | 1:15-cv-971-LJO-JLT |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT STENOSCRIBE, INC. (Doc. 17)** |
| v. | |
| **RUDESINDO FERNANDEZ, et al.,** | |
| Defendants. | |

On November 12, 2015, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a) Doc. 17 at 1.[1] Plaintiff requests that the Court issue an order dismissing the entire complaint without prejudice against Defendant Stenoscribe, Inc. only. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendant Stenoscribe, Inc. only.

IT IS SO ORDERED.

   Dated:   **November 13, 2015**              /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court will construe Plaintiff's notice as being brought under Fed R. Civ. P. 41(1)(A)(i).

1