# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDESINDO FERNANDEZ, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-00971 DAD JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On December 7, 2015, the Court held a scheduling conference and discussed with plaintiff's counsel the fact that not all defendants had appeared in the matter. Specifically, neither Beatrice Fernandez has not appeared and neither has Citibank (South Dakota), N.A.[1] The Court noted that though plaintiff's counsel asserted that default against Citibank was entered by the state court. However, it appeared that this occurred after the notice of removal was filed and, hence, after that court lost jurisdiction to act, and that the state court withdrew the entry of default.

In addition, the Court noted that plaintiff failed to filed proof of service to "All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title Thereto" or dismiss these defendants within

---

[1] Though counsel for plaintiff asserts that default against Citibank was entered by the state court, this occurred after the notice of removal and, hence, after that court lost jurisdiction to act. It appears that the state court recognized this because it seems as though the state court withdrew the entry of default.

1

30 days." Thus, the Court ordered,

> **Plaintiff SHALL seek entry of default or request dismissal as to any defendant who has failed to appear within 30 days. Also Plaintiff SHALL file proof of service of the summons and complaint on "All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title Thereto" or dismiss these defendants within 30 days.**

(Doc. 22 at 3, emphasis in the original)  Nevertheless, plaintiff has failed to comply.  Thus, the Court **ORDERS**:

1. Within 14 days, Plaintiff **SHALL** show cause in writing why sanctions, including termination of this action as to Beatrice Fernandez, Citibank (South Dakota), N.A., and All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title Thereto, should not be imposed for her failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   **March 11, 2016**            /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE