# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>                Plaintiff,<br><br>        v.<br><br>RUDESINDO FERNANDEZ, et al.,<br><br>                Defendants. | Case No.: 1:15-cv-00971 DAD JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On March 14, 2016, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to take action as to Beatrice Fernandez, Citibank (South Dakota), N.A., who have not appeared in this action and for failure to serve "All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title Thereto."  (Doc. 26)  Now, Plaintiff has sought entry of default against the first two defendants (Doc. 27) and voluntary dismissal as to the unknown defendants (Doc. 28). Thus, good cause appearing, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 15, 2016**                    /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE