UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BEATRICE FERNANDEZ; CITIBANK (SOUTH DAKOTA), N.A.; DISTRICT DIRECTOR OF THE INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO, and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 1:15-cv-00971-DAD-JLT<br><br>ORDER DISMISSING ONLY DEFENDANTS "ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO"<br><br>(Doc. No. 28) |

On March 14, 2016, plaintiff Tammy McLean filed a notice of voluntary dismissal, as to defendants "all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to the plaintiffs' title, or any cloud on plaintiffs' title thereto." (Doc. No. 28.) The defendants so identified have not filed a responsive pleading in this action. In light of this, defendants "all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to

1

the plaintiffs' title, or any cloud on plaintiffs' title thereto" have been terminated from the action, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and are hereby DISMISSED.  This dismissal does not affect the status of the remaining defendants named in this action.

IT IS SO ORDERED.

Dated:  **March 21, 2016**

UNITED STATES DISTRICT JUDGE