PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>                Plaintiff,<br><br>v.<br><br>RUDESINDO FERNANDEZ, aka RUDESINDO R FERNANDEZ, III; BEATRICE FERNANDEZ; CITIBANK (SOUTH DAKOTA), N.A.; DISTRICT DIRECTOR OF THE INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA; STENOSCRIBE, INC.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 1:15-cv-00971-DAD-JLT<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE; [PROPOSED] ORDER GRANTING IN PART  AND DENYING IN STIPULATION RE: SETTLEMENT CONFERENCE**<br><br>(Doc. 36) |

      Plaintiff, Tammy McLean, ("Plaintiff"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through their undersigned counsel, to vacate the settlement conference currently scheduled for October 21, 2016 at 9:30 a.m. before Magistrate Judge Jennifer L. Thurston.  The parties have agreed that attendance at a settlement conference at this time

would not be beneficial towards settlement.

Accordingly, the parties stipulate and agree to vacate the settlement conference currently scheduled for October 21, 2016 at 9:30 a.m. before Magistrate Judge Jennifer L. Thurston.

The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: October 4, 2016          PHILLIP A. TALBERT
                                Acting United States Attorney


                         By:    /s/Jeffrey J. Lodge
                                JEFFREY J. LODGE
                                Assistant U.S. Attorney
                                Attorneys for the United States

Dated:  October 4, 2016         BRUMFIELD & HAGEN


                         By:    /s/Robert H. Brumfield, III
                                Robert H. Brumfield, III
                                Attorneys for the Plaintiff

[PROPOSED] ORDER

Having reviewed the stipulation submitted by the parties, the Court **ORDERS**:

1.      Because Judge Drozd *requires* the parties to submit to a settlement conference, the Court **DENIES** the stipulation to vacate the conference currently scheduled for October 21, 2016. Rather, it will **CONTINUE** the conference to December 5, 2016 at 9:30 a.m.[1]  Counsel may submit a stipulation to select a different date provided that it is no later than **January 13, 2017**.

IT IS SO ORDERED.

   Dated:   **October 4, 2016**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] This should be sufficient time for the pending motion for summary judgment to be decided and for counsel to digest the order in the event that it does not dispose of the case in full.