UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MCLEAN,<br><br>             Plaintiff,<br><br>     v.<br><br>RUDESINDO FERNANDEZ, a.k.a.<br>RUDESINDO R. FERNANDEZ III, et al.,<br><br>             Defendants. | No.  1:15-cv-00971-DAD-JLT<br><br>ORDER GIVING EFFECT TO STIPULATION AND ORDERING CLERK TO CLOSE THE CASE<br><br>(Doc. No. 38.) |

On October 7, 2016, plaintiff Tammy McLean and defendant United States, on behalf of its agency the Internal Revenue Service ("IRS"), filed a joint stipulation, in which the parties stipulated that the United States recorded its Notice of Federal Tax Lien(s) in Kern County on March 13, 2009, August 13, 2013, and May 28, 2014, against Rudesindo Fernandez, and that such liens attach to the right, title, and interest in property of Rudesindo Fernandez, including but not limited to his undivided one-half interest in the real property located at 401 and 403 G Street, Bakersfield, California ("Real Property").  (Doc. No. 38.)

/////

/////

1

1    In light of the parties' stipulation, the court enters an order in favor of defendant United
2 States quieting title in the Real Property, without an award of attorneys' fees and costs to either
3 party.  The hearing on defendants' motion for summary judgment, currently scheduled for
4 October 18, 2016 at 9:30 a.m., is vacated.  This order resolves all claims in this action and,
5 accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **October 11, 2016**                   _____
UNITED STATES DISTRICT JUDGE